# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LAKESHA KING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | |
| **TRANSPORTATION ALLIANCE** ) | **1:23-CV-05196-VMC-CMS** |
| **BANK,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF SETTLEMENT

Defendant Transportation Alliance Bank, by and through undersigned counsel, hereby informs the Court that the parties have reached a settlement in principle that will resolve the present matter in its entirety.

Defendant therefore requests that this Honorable Court provide the parties 45 days to file the necessary dismissal papers and continue any scheduled hearings or deadlines for 45 days while the parties finalize their settlement.

Respectfully submitted this 25th day of March, 2024.

/s/ Jennifer E. Ziemann
Jennifer E. Ziemann
Georgia Bar No. 264280
BURR & FORMAN LLP
1075 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia  30309
Telephone: (404) 815-3000
jziemann@burr.com
*Counsel for Defendant*

53832544 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jennifer E. Ziemann*
Jennifer E. Ziemann
Georgia Bar No. 264280
BURR & FORMAN LLP
1075 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia  30309
Telephone: (404) 815-3000
jziemann@burr.com
*Counsel for Defendant*